IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DAVID E. MIZE AND REGINA MIZE                              PLAINTIFF

VERSUS                        CIVIL ACTION NO. 5:04cv127-DCB-JCS

UNITRIN AUTO & HOME                                        DEFENDANT

## ORDER TO SHOW CAUSE

The present action was removed from the Adams County Circuit Court on April 30, 2004.  The defendant, Unitrin Auto and Home, filed a Motion for Summary Judgment on October 3, 2005, arguing that the plaintiffs' insurance policy upon which this action rests was no longer in effect when the alleged qualifying event for coverage occurred.  The plaintiffs have not responded to said motion.  Unless the plaintiffs respond to the motion, it will be granted and the plaintiffs' case will be dismissed with prejudice.

The Court hereby orders the plaintiffs to show why they have not responded to the defendant's motion and why it should not be granted.  Accordingly,

IT IS HEREBY ORDERED that the plaintiffs respond to this Show Cause Order within ten (10) days from the entry of this Order.

SO ORDERED, this the 9th day of December, 2005.


S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE